CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 21 2009

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SIERRAS DESHAWN COBB, ) | |
| Petitioner, ) | Civil Action No. 7:08-cv-00312 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| WARDEN TERRY O'BRIEN, ) | By: Hon. James C. Turk |
| Respondent. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the respondent's motion to dismiss is **GRANTED**; petitioner's petition for a writ of habeas corpus is **DISMISSED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER**: This ___ day of January, 2009.

/s/ James C. Turk
Senior United States District Judge